Alex De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel. 702.383.0606
Fax 702.383.8741
Email: alex@decastrovedelaw.com
Email: orlando@decastrovedelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| JOSE HERNANDEZ-MALDONADO,<br><br>     Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a WAL-MART;  DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | CASE NO.: 2:17-cv-2179-RFB-PAL<br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL OF DEFENDANT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties of record, Orlando De Castroverde, Esq. of DE CASTROVERDE LAW GROUP, on behalf of Plaintiff JOSE HERNANDEZ-MALDONADO; Ryan Kerbow, Esq. of LAW OFFICE OF KUMEN L. TAYLOR on behalf of Defendant WAL-MART STORES, INC., d/b/a WAL-MART; that Defendant WAL-MART STORES, INC., d/b/a WAL-MART be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

     **IT IS SO STIPULATED.**

DATED this 14th day of November, 2017.

**DE CASTROVERDE LAW GROUP**

By: _/s/ Peter Petersen_
Peter Petersen
Nevada Bar No. 114256
1149 S. Maryland Pkwy.
Las Vegas, Nevada 89104
_Attorney for Plaintiff_

DATED this 14th day of November, 2017.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

By: _/s/ Ryan Kerbow_
Ryan Kerbow
Nevada Bar No. 11403
504 S. 9th Street
Las Vegas, NV 89101
_Attorney for Defendant_

## ORDER

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED** that Defendant WAL-MART STORES, INC., d/b/a WAL-MART be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Dated this 16th day of November, 2017.

RICHARD F. BOULWARE, II
United States District Judge